IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:93-CR-167-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JEFFREY ALONZO TAYLOR ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Amend the Judgment on Revocation Proceedings [doc. 244]. The New Law Violation which should have been listed refers to those charges in NC Superior Court, Iredell County, 10CRS52116 and 10CRS52117. The New Law Violation which was listed in the Judgment refers to State case number 10CR16650, which was dismissed.

**THEREFORE, IT IS ORDERED** that an Amended J&C be prepared with the following corrections:

- Violation Number: 1. Add "Original Violation Report" after the number 1 and change the date to 3/17/10.

- Add a note stating that the case referenced in the Addendum to the Violation Report, dated 4/10/10, was dismissed in NC District Court.

- Imprisonment Section: THIRTY SIX (36) months, to run concurrently with NC Superior Court #s 10CRS52116 and 10CRS52117.

**IT IS SO ORDERED.**

Signed: May 31, 2011

Graham C. Mullen
United States District Judge